MARTIN *v.* MARTIN *et al.*

RUSSELL, Chief Justice. 1. "Grounds of a motion for new trial, not sufficiently complete within themselves, without reference to other parts of the record, are not passed on." *Ewing* v. *State*, 183 *Ga.* 127 (187 S. E. 628).

2. The evidence in this case, with all reasonable inferences and deductions therefrom, demanded a verdict in favor of the propounders. The court did not err in so directing, and in overruling the motion for new trial.

*Judgment affirmed. All the Justices concur.*

No. 11966. NOVEMBER 30, 1937.

*Charles Emory Smith,* for plaintiff in error.
*J. B. G. Logan, W. D. Martin,* and *G. P. Martin,* contra.